# United States Bankruptcy Court
## District of Nevada

Case No. **12–10848–mkn**
Chapter 7

In re: (Name of Debtor)
    ELFEGO BERNABE                                         MARTHA RAMOS BERNABE
    aka ELFEGO BERNABE–CASTANEDA         aka MARTHA PATRICIA RAMOS–BERNABE
    7876 SLEEPING LILY DR.                            7876 SLEEPING LILY DR.
    LAS VEGAS, NV 89178–8283                      LAS VEGAS, NV 89178–8283

Social Security No.:
    xxx–xx–0712                                                    xxx–xx–6267

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☑     ELFEGO BERNABE

☑     MARTHA RAMOS BERNABE

IT IS ORDERED THAT VICTORIA NELSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/30/15                                                  BY THE COURT

                                                                  Mary A. Schott
                                                                  Clerk of the Bankruptcy Court